## Doris Beery, Appellee, v. Ralph Y. Breed, Administrator of Estate of Nellie M. Breed, Deceased.

### Gen. No. 9,621.

opinion filed February 14, 1941; rehearing denied April 2, 1941. Thomas J. Welch and Vera M. Binks, for appellants; James H. Andrews, Gregg A. Young and Harper Andrews, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''